**Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed November 29, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00524-CV

_____

## IN RE ZAHIR QUERISHI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County**
**Trial Court Cause No. 86707**

---

## MEMORANDUM OPINION

On June 16, 2011, relator, Zahir Querishi, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann §22.221; *see also* Tex. R. App. P. 52.1. In the petition relator asks this court to order the respondent, the Honorable Michael Schneider, presiding judge of the 315th District Court, Harris County, Texas, to rule on relator's application for writ of habeas corpus.

On November 17, 2011, the district court denied relator's application for writ of habeas corpus. Accordingly, the petition for writ of mandamus is ordered dismissed as moot.

PER CURIAM

Panel consists of Justices Frost, Jamison, and McCally.